**Valmore WOOLFORD, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. ED 81758.**

Missouri Court of Appeals,
Eastern District, ·
Division Three.

April 22, 2003.

Scott Thompson, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Edgington, Jefferson City, MO, for respondent.

Before MARY R. RUSSELL, P.J., CLIFFORD H. AHRENS, J., and BOOKER T. SHAW, J.

### ORDER

Valmore Woolford ("movant") appeals the judgment of the motion court denying

his motion for post-conviction relief pursuant to Missouri Supreme Court Rule 29.15 on the merits without an evidentiary hearing.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).